[No. 12547–8–I.   Division One.   June 6, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. KEVIN THOMAS CONNOLLY, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 81–1–02742–0, Robert E. Dixon, J., entered

November 19, 1982. *Affirmed* by unpublished opinion per Callow, J., concurred in by Durham, C.J., and Swanson, J.